JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sockeye Licensing TX LLC, | ) | SACV 17-01218 JVS (DFMx) |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | ) | |
| Belkin International, Inc., | ) | |
| Defendant(s). | ) ) ) | |
| _____ | ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled [21],

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: October 12, 2017

_____

James V. Selna

United States District Judge